# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CATHY ARNOLD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 05-0607-CV-W-GAF |
| ) | |
| ADT SECURITY SERVICES ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are Plaintiffs Cathy Arnold, et al.'s ("Plaintiffs") Motion to Lift Stay (Doc. #112) and Motion of Elle Sullivant to Withdraw as Counsel (Doc. #113). For good cause shown, it is

ORDERED that the Motions are GRANTED.[1] Plaintiffs are directed to obtain new counsel within 30 days from the date of this Order.

IT IS FURTHER ORDERED that all parties in this matter are directed to appear in person or through counsel for a status conference on Monday, June 22, 2009 at 1:30 p.m. in Courtroom 8A, United States District Court for the Western District of Missouri, 400 East 9th Street, Kansas City, Missouri. Discovery and dispositive motion deadlines will be reset at this conference.

IT IS FURTHER ORDERED that accrual of the $100.00 per day sanction beginning on April 16, 2009, which was issued in this Court's Order dated March 31, 2009 (Doc. #105), terminated on May 1, 2009, the date on which the pending Motions were filed. Accordingly, the total amount due

---

[1]The Motion to Submit Documents In Camera and for a Protective Order (Doc. #114) is DENIED as moot.

under this sanction is $1,500.00.[2] Ms. Sullivant and Plaintiffs are jointly and severally liable for this amount and $10,988.00 in attorneys' fees previously assessed against them in this Court's March 31, 2009 Order (Doc. #105).

IT IS FURTHER ORDERED that Ms. Sullivant and/or Plaintiffs must remit payment in the amount of $12,488.00 ($1,500.00 + $10,988.00) to Defendants within 30 days from the date of this Order.

IT IS FURTHER ORDERED that Ms. Sullivant send copies of this Order to all Plaintiffs at their last known residence on or before May 8, 2009.[3]

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: May 7, 2009

---

[2] The Court warns Plaintiffs that this sanction may be reinstated upon Defendants' Motion if discovery issues remain after new counsel has been retained and sufficient time has passed to complete discovery.

[3] The Clerk's Office is also directed to mail copies of this Order to Plaintiffs at the addresses listed in their Amended Complaint dated August 21, 2006 (Doc. #33).