**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| CATHY ARNOLD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 05-0607-CV-W-GAF |
| | ) |
| ADT SECURITY SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Court's Order dated June 22, 2009, Plaintiffs Andrea Curns and GaBrielle Doran (collectively "Plaintiffs") were directed to "obtain new counsel or notify the undersigned of their intent to proceed *pro se* by July 13, 2009 or their claims will be dismissed with prejudice." (Doc. #120). To date, no counsel has appeared on behalf of either Plaintiff nor have Plaintiffs informed the Court of their intent to proceed *pro se*. Therefore, it is

ORDERED that Plaintiffs' claims against all Defendants in this action are DISMISSED with prejudice.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: July 17, 2009